## Rothstein et al., Appellants, *v.* Philadelphia Transportation Company et al.

Argued September 14, 1970. *William A. Goichman,* for appellants; *James J. Phelan, Jr.,* for appellees.

Order affirmed.

## Seville Appeal.

Argued September 23, 1970. *Miriam L. Gafni,* Assistant Defender, with her *Paula S. Gold,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *T. Michael Mather,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.